THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT ENGLEHORN, Defendant-Appellant.

(No. 55225;

First District—May 24, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE GOLDBERG.

Harry G. Fins, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Thomas M. Walsh, Assistant State's Attorneys, of counsel,) for the People.